**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FRED HIEBER,

    Plaintiff,

v.                                                                                  CASE NO.: 8:18-cv-02557-JSM-SPF

PAYPAL, INC.

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Fred Hieber, and the Defendant, Paypal, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Rebecca M. Harris, Esq.* |
| Amanda J. Allen, Esquire | Rebecca M. Harris, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 0355 |
| Amanda@TheConsumerProtectionFirm.com | Rebecca.Harris@arlaw.com |
| William Peerce Howard, Esq. | Adams and Reese LLP |
| Florida Bar No. 0103330 | 101 East Kennedy Blvd., Suite 4000 |
| Billy@TheConsumerProtectionFirm.com | Tampa, FL 33602 |
| The Consumer Protection Firm, PLLC | Tele: (813) 402-2880 |
| 4030 Henderson Blvd. | Fax: (813) 227-5627 |
| Tampa, FL 33629 | ***Attorneys for Defendant*** |
| Tele: (813) 500-1500 | |
| Fax: (813) 435-2369 | |
| ***Attorneys for Plaintiff*** | |

## **CERTIFICATE OF SERVICE**

  I certify that on February 1, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

               *s/Amanda J. Allen, Esq.*
               **Amanda J. Allen, Esquire**
               Florida Bar No. 98228
               Amanda@TheConsumerProtectionFirm.com
               Shenia@TheConsumerProtectionFirm.com
               THE CONSUMER PROTECTION FIRM, PLLC
               4030 Henderson Blvd.
               Tampa, FL 33629
               Tele:  (813) 500-1500
               Fax:  (813) 435-2369
               ***Attorney for Plaintiff***